HARVEY P. SACKETT
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERICA CLOUD, | ) | No.: 3:12-cv-05759-LB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE AND ~~PROPOSED~~ ORDER OF |
| | ) | SUBSTITUTION OF COUNSEL |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE ERICA CLOUD, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated:  6/20/13              /s/
                             ERICA CLOUD
                             9 Hunter Court
                             Oakland, California  94603

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
NOTICE AND ~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL

Dated: 7/9/13

/s/
HARVEY P. SACKETT

IT IS SO ORDERED.

Dated: July 10, 2013

HON. LAUREL BEELER
United States Magistrate Judge

NOTICE AND ~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL