UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ERICA CLOUD,                                            No. C 12-05759 LB

          Plaintiff,                         **ORDER TO SHOW CAUSE**

   v.

MICHAEL J. ASTRUE,

          Defendant.
_____/

On November 9, 2012, Erica Cloud, through her counsel Harvey Sackett, filed a complaint against the then-Commissioner of the Social Security Administration ("SSA"), Michael Astrue, that asks the court to review the SSA's decision denying her claim for disability benefits.[1]  Complaint, ECF No. 1.[2]  Mr. Astrue answered her complaint on February 28, 2013.  Answer, ECF No. 10.  Originally, Ms. Cloud's motion for summary judgment was due by March 28, 2013, Social Security Procedural Order, ECF No. 2 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer), but the court approved the parties' two stipulations to allow her additional time to file it, Order Approving First Stipulation Extending Time, ECF No. 15; Order Approving Second Stipulation Extending Time, ECF No. 17.  In the second order, filed on June 3, 2013, the court, at the request of the parties, gave Ms. Cloud

---

[1] Mr. Astrue was succeeded by current-Commissioner Carolyn Colvin on February 14, 2013.

[2] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 12-05759 LB
ORDER

1  until August 2, 2013 to file her motion for summary judgment and Defendant until August 30, 2013
2  to file any opposition and cross-motion for summary judgment.  Order Approving Second
3  Stipulation Extending Time, ECF No. 17 at 1.  Then, on July 10, 2013, the court approved Ms.
4  Cloud's request to represent herself *in pro per* and to allow Mr. Sackett to withdraw as her attorney.
5  Order of Substitution of Counsel, ECF No. 19.
6      To date, Ms. Cloud has not filed any motion for summary judgment, even though her deadline
7  for doing so was August 2, 2013.  Accordingly, the court **ORDERS** Ms. Cloud to show cause, in
8  writing and by **December 18, 2013**, why her action should not be dismissed for failure to prosecute.
9      **IT IS SO ORDERED.**
10 Dated: December 11, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 12-05759 LB
ORDER                                     2